**Order entered November 4, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00496-CV

**JAMES MARK DUNNE, Appellant**

**V.**

**BRINKER TEXAS, INC., CHILI'S BEVERAGE COMPANY, INC., AND BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., D/B/A CHILI'S GRILL & BAR, AND LOIS AHLGRIM, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13853**

## ORDER

Before the Court is appellees' November 2, 2016 unopposed motion for a second extension of time in which to file their brief. We **GRANT** the motion and **ORDER** appellees to file their brief on or before November 28, 2016.

/s/      ELIZABETH LANG-MIERS
JUSTICE